IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-290 |
| | ) |
| DAVID MICHAEL IRWIN, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 25th day of February, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 1, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, March 19, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Troy Rivetti,
Assistant United States Attorney

Michael J. Novara,
Assistant Federal Public Defender

U.S. Marshal

U.S. Pretrial Services

U.S. Probation